# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 13-02 |
| THADDEUS RICHARDSON | SECTION I |

## ORDER & REASONS

Before the Court is *pro se* defendant Thaddeus Richardson's ("Richardson") motion[1] requesting a judicial recommendation to the Bureau of Prisons ("BOP") that Richardson serve the last twelve months of his prison term in a residential re-entry center near his home in New Orleans, Louisiana. For the following reasons, the motion is denied.

### I.

On March 1, 2013, Richardson pled guilty to the bill of information charging him with possession with the intent to distribute heroin and possession of a firearm in furtherance of a drug trafficking crime.[2] On June 6, 2013, the Court sentenced Richardson to a term of imprisonment of seventy-eight months to be followed by a term of supervised release of three years.[3]

Richardson filed the present motion for judicial recommendation on November 16, 2018. Richardson urges the Court to recommend to the BOP that Richardson

---

[1] R. Doc. No. 109.
[2] R. Doc. Nos. 27, 29; *see also* R. Doc. No. 11.
[3] R. Doc. Nos. 44, 45.

serve the final twelve months of his sentence in a residential re-entry center pursuant to 18 U.S.C. § 3621(b)(4)(B) and § 3624(c)(1).[4]

"The Bureau of Prisons has broad authority to determine the location of [Richardson's] imprisonment and the terms of his pre-release custody." *United States v. Every*, No. 08-01, 2018 WL 3997282, at *1 (E.D. La. Aug. 21, 2018) (Feldman, J.) (citing 18 U.S.C. § 3621(b)). The Fifth Circuit has made it clear that the Court cannot "impinge on the BOP's authority to determine the facility in which a prisoner should be housed." *Gallegos-Hernandez v. United States*, 688 F.3d 190, 195 (5th Cir. 2012) (citing *United States v. Sneed*, 63 F.3d 381, 388 n.6 (5th Cir. 1995)); *see also Every*, 2018 WL 3997282, at *1. While the Court may make recommendations, it finds the decision regarding where Richardson will serve the remainder of his sentence is best left to the sound discretion of the BOP.

## II.

Accordingly,

**IT IS ORDERED** that Richardson's motion is **DENIED**.

New Orleans, Louisiana November 26, 2018.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[4] R. Doc. No. 109, at 2.